SIL.11261

IN THE DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| FRANCISCO JAVIER VILLARREAL, | § § | |
| V. | § § | Civil Action No. 2:19-cv-00056 |
| MICHAEL BAILEY GOAD and TRI NATIONAL, INC. | § § § § | JURY DEMAND |

### DEFENDANTS MICHAEL BAILEY GOAD AND TRI-NATIONAL, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), named Defendants **MICHAEL BAILEY GOAD AND TRI- NATIONAL, INC.** file this Notice of Removal, hereby removing this case from the 293rd Judicial District Court of Maverick County, Texas to the United States District Court for the Western District of Texas, Del Rio Division. In support of this Notice of Removal, Defendants respectfully show the Court as follows:

### A. INTRODUCTION

1. Plaintiff is Francisco Javier Villarreal. Defendants are Michael Bailey Goad and Tri- National, Inc.

2. On July 10, 2019, Plaintiff sued Defendant Michael Bailey Goad for negligence and Defendant Tri- National, Inc. for negligent entrustment in the 293rd Judicial District Court, Maverick County, Texas; Case No. 19-07-37596-MCV (the "lawsuit" or "suit"). This lawsuit involves an automobile accident which occurred on or about May 18, 2019, between Plaintiff and Defendant Goad. Plaintiff is now alleging that the accident caused him to sustain bodily injuries and other damages and has pled in his Original Petition that he "seeks monetary relief in an amount exceeding $200,000.00, however not to exceed $1,000,000.00."

3. Defendant Michael Bailey Goad received notice of this lawsuit on or about August 09, 2019. Defendant Tri- National, Inc. received notice of this lawsuit on or about August 08, 2019. Defendants file this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1).

## B. BASIS FOR REMOVAL

4. **Diversity Jurisdiction** – Removal is proper because there is complete diversity between the parties, 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, LP,* 437 F.3d 894, 899-900 (9th Cir. 2006). Plaintiff is a citizen of the state of Texas. Defendant Michael Bailey Goad is a citizen of Arkansas and Defendant Tri-National, Inc. is incorporated in the state of Delaware and has its principal place of business and corporate headquarters in the state of Missouri.

5. **The Amount in Controversy Exceeds $75,000** – The amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a); *Andrews v. E.I. du Pont de Nemours & Co.,* 447 F.3d 510, 514-15 (7th Cir. 2006). In its lawsuit, Plaintiff seeks monetary relief over $200,000.00 but not more than $1,000,000.00.

6. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendants Michael Bailey Goad and Tri-National, Inc. will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C. JURY DEMAND

9. Plaintiff demanded a jury in the state court suit.

## D. CONCLUSION

10.     For these reasons, Michael Bailey Goad and Tri- National, Inc. ask the Court to remove this suit to the U.S. District Court for the Western District of Texas, Del Rio Division, and for such other and further relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

FEE, SMITH, SHARP & VITULLO, L.L.P

*/s/ Bret A. Sanders*

**BRET A. SANDERS**
State Bar No. 24033152
**ANDRES H. GONZALEZ, JR.**
State Bar No. 24002156
5301 Southwest Parkway, Suite 460
Austin, Texas 78735
bsanders@feesmith.com
agonzalez@feesmith.com
Tel. (512) 428-4902
Fax. (512) 479-8402

**ATTORNEYS FOR DEFENDANTS MICHAEL BAILEY GOAD AND TRI NATIONAL, INC.**

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 4th day of September 2019 as follows:

Oscar A. Garza
Alberto Rodriguez
The Law Firm of Oscar A. Garza, PLLC
545 Quarry Street
Eagle Pass, TX  78852
(830) 757-2424
(830) 757-2525 (Fax)
ogarza@oscargarzalaw.com
arodriguez@oscargarzalaw.com

*/s/ Bret A. Sanders*

**BRET A. SANDERS/ ANDRES H. GONZALEZ, JR.**