AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

FRANCISCO JAVIER VILLARREAL,
Plaintiff,

v.

MICHAEL BAILEY GOAD AND TRI-NATIONAL, INC.,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-19-CV-56-AM-CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the motion is GRANTED. All claims against the Defendants Michael Bailey Goad and Tri-National, Inc. are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. It is further ORDERED that a clerk's judgment shall be entered, terminating the present cause of action and any pending motions.

11/22/2021
Date

Jeannette J. Clack
Clerk

*J. Sanchez*
(By) Deputy Clerk